FILED: October 9, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4539
(1:14-cr-00349-GBL-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

UNDER SEAL

      Defendant - Appellant

_____

O R D E R
_____

The court rescinds the briefing schedule in this case. The parties will be notified when a new briefing order is entered.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk