# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 24, 2016

_____

## NOTICE

_____

No. 15-4539 (L), <u>US v. Under Seal</u>
　　　　　　 1:14-cr-00349-GBL-1

TO:　Vernida Rochelle Chaney
　　　Carmen D. Hernandez

MOTION DUE:

Please file the motion identified below by using the **MOTION** entry.

[X] **MOTION / exceed length limitations** Reimbursement for copy expenses for the appendix in a court-appointed case will be limited to 250 double-sided sheets unless the court has granted a motion to exceed length limitations.

RJ Warren, Deputy Clerk
804-916-2702